UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDGAR CRISFI CHAVEZ CHAVEZ<br>　　　　Plaintiff(s),<br><br>v.<br><br><br>PATRICIA HYDE, TODD LYONS, KRISTI NOEM, PAMELA BONDI, and DONALD TRUMP<br>　　　　Defendant(s). | Civil Action No. 25-12571-JEK |

# **JUDGMENT**

**KOBICK, D.J.**

☐  Jury Verdict. This action came before the court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒  Decision by the Court: In accordance with the Court's Electronic Order dated October 1, 2025, [ECF 11], granting the Petition for Writ of Habeas Corpus

**IT IS ORDERED AND ADJUDGED:**

Judgment for the Petitioner Edgar Crisfi Chaevez Chavez


Dated: October 10, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Haley Currie

　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk